# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

In the Matter of:

ERIC C. GROHARING

TAMARA L. GROHARING

Debtor(s).

Chapter 13

Case No. 14-26701-PP

## NOTICE AND REQUEST TO MODIFY CHAPTER 13 PLAN

ERIC C. GROHARING

TAMARA L. GROHARING (*Name of proponent of modification*) has filed papers with the court requesting modification of the Chapter 13 Plan in the above case.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to modify the plan as proposed, or if you want the court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

File with the court a written request for hearing which shall contain a short and plain statement of the factual and legal basis for the objection. File your written request at:

Clerk of Bankruptcy Court

517 E. Wisconsin Avenue

Room 126

Milwaukee, WI 53202-4581

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

ATTORNEY JOHN PETERSON
P.O. BOX 1108
WILLIAMS BAY, WI.
53191

If you, or your attorney, do not take these steps, the court may decide that you do not oppose the request and may enter an order modifying the Plan.

1

## REQUEST TO MODIFY CHAPTER 13 PLAN

1. The Proponent of this modification is:
   - ☑ the Debtor;
   - ○ the Chapter 13 Trustee (post-confirmation modifications only);
   - ○ the holder of an unsecured claim (post-confirmation modifications only)
     Name: _____

2. This is a request to modify a Chapter 13 Plan  (Select A. or B.):

   - ○ A. post-confirmation;
   - ☑ B. pre-confirmation (Select i. or ii);

       - ☑ i. Debtor(s)/Debtor(s) attorney certifies that the proposed modification
         does not materially adversely affect creditors (Local Bankruptcy Rule 3015(b)); or

       - ○ ii. Debtor(s)/Debtor(s) attorney certifies that the proposed modification
         materially adversely affects only the following creditors and a copy of the
         proposed modification has been served on them (Local Bankruptcy Rule 3015(b)).
         The creditors affected are:  (Enter creditors)

3. The Proponent wishes to modify the Chapter 13 Plan to do the following:
   (State generally the purpose of the modification)
   TO  PROPOSE  A  100%  ~~PAL~~ PAYMENT  PLAN  FOR  GENERAL  UNSECUREDS.

4. The reason(s) for the modification is/are:
   (State the reasons for modification)
   SEE 3.

5. Select A. or B.
   - ○ A. The Chapter 13 Plan confirmed or modified on  ~~_____~~  is modified as follows:
     (State the specific language of the modification)



   - ☑ B. The unconfirmed Chapter 13 Plan dated  5/27/14  is modified as follows:
     (State the specific language of the modification)
   A)  DEBTORS  ARE  OVER  MEDIAN  INCOME  AND  GET  TO  RETAIN  THEIR  TAX  REFUNDS.
   B)  PLAN  PAYMENTS  SHALL  INCREASE  ~~FRO~~ TO  $650/MONTH,  GENERAL  UNSECURED  100%
                                                                              PAYMENT.
   All remaining terms and provisions of the Plan are unaffected unless specifically addressed
   herein.  In the event of a conflict between the original Plan and the modification set forth above,
   the latter shall supersede and control.

2

6.  **BY SIGNING BELOW THE PROPONENT OF THE MODIFICATION CERTIFIES THAT, AFTER REVIEW OF THE MODIFICATION AND ALL OTHER TERMS AND PROVISIONS OF THE PLAN, THOSE REMAINING TERMS AND PROVISIONS OF THE PLAN ARE CONSISTENT WITH THE PROPOSED MODIFICATIONS.**

## CERTIFICATION

Complete one of the certifications below:

1.  I/We, _ERIC C GROHARING / TAMARA L. GROHARING_ , the debtor(s) in this case, certify that I/we have reviewed the modification to the Chapter 13 plan proposed in this motion, and I/we authorize my/our attorney to file it with the court.

_____          Date _10/9/14_
Debtor

_Tamara L. Groharing_                  Date _10/9/14_
Debtor

OR

2.  I _JOHN W PETERSON_ , attorney for debtor(s) _ERIC C. GROHERING_ _____ , certify that I have reviewed the modification proposed above with the debtor(s), and that the debtor(s) has/have authorized me to file it with the court.

_____          _10/9/14_
Counsel for the debtor(s)               Date

WHEREFORE, the Proponent requests that the court approve the modification to the Chapter 13 Plan as stated herein.

Dated: _10/9/14_                    Attorneys for _ERIC C. GROHARING / TAMARA L. GROHARING_

at City, State.                         By: _____

_TWIN LAKES, WI._                    Bar No. _1036050_

3